IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT COLON, | 1:07-cv-00932-AWI-GSA (PC) |
| Plaintiff, | **ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT** |
| vs. | |
| ST. CLAIR, et al, | **(DOCUMENT #11)** |
| Defendants. | **DEADLINE: June 9, 2008** |

On April 18, 2008, Plaintiff filed a motion seeking an extension of time to June 9, 2008, within which to file his amended complaint.  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an extension of time up to and including **June 9, 2008**, within which to file his amended complaint.

IT IS SO ORDERED.

Dated:   April 23, 2008           /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE