# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT COLON,<br><br>           Plaintiff,<br><br>     v.<br><br>DR. ST. CLAIR, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:07-cv-00932-AWI-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Docs. 13 and 15)<br><br>ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR SERVICE OF PROCESS |

Plaintiff Gilbert Colon is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 31, 2009, the Magistrate Judge screened Plaintiff's amended complaint and issued a Findings and Recommendations recommending dismissal of certain claims and defendants. The objection period was thirty days, and Plaintiff did not file an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 31, 2009, is adopted in full;
2. This action shall proceed as one for damages on Plaintiff's amended complaint, filed June 5, 2008, against Defendants Peterson, Thomatos, Witwer, Greenbough, and Sydenstricker for violation of the Eighth Amendment;
3. Plaintiff's claims against Defendants Porter, Grannis, Stogsdill, and St. Clair are dismissed, with prejudice, for failure to state a claim;
4. Defendants Porter, Grannis, Stogsdill, and St. Clair are dismissed from this action;
5. Plaintiff's claim for injunctive relief is dismissed as moot; and
6. Referring matter back to Magistrate Judge for service of process.

IT IS SO ORDERED.

Dated: **May 25, 2009**        **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE