# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT COLON, | CASE NO. 1:07-cv-00932-AWI-GSA PC |
| Plaintiff, | ORDER AUTHORIZING SERVICE OF AMENDED COMPLAINT, AND REQUIRING PLAINTIFF TO COMPLETE AND RETURN SERVICE DOCUMENTS WITHIN THIRTY DAYS |
| v. | |
| DR. ST. CLAIR, et al., | |
| Defendants. | (Doc. 13) |

Plaintiff Gilbert Colon is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 28, 2007. Pursuant to the Court's screening order filed on May 27, 2009, this action is proceeding as one for damages on Plaintiff's amended complaint, filed June 5, 2008, against Defendants Peterson, Thomatos, Witwer, Greenbough, and Sydenstricker for violation of the Eighth Amendment arising out of medical care issues.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 551 U.S. 89, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

    **DR. PETERSON**

    **DR. THOMATOS**

    **DR. WITWER**

---

[1] On May 27, 2009, Plaintiff's claims against Defendants Porter, Grannis, Stogsdill, and St. Clair were dismissed, with prejudice, for failure to state a claim; Defendants Porter, Grannis, Stogsdill, and St. Clair were dismissed from the action; and Plaintiff's claim for injunctive relief was dismissed.

1

**DR. GREENBOUGH**

**DR. SYDENSTRICKER**

2. The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 5, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Six (6) copies of the endorsed amended complaint filed June 5, 2008.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.


IT IS SO ORDERED.

   **Dated:    May 28, 2009**            /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE