# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT COLON, | CASE NO. 1:07-cv-00932-AWI-GSA PC |
| Plaintiff, | ORDER REQUIRING DEFENDANT Dr. GREENBOUGH TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HIM |
| v. | |
| DR. ST. CLAIR, et al., | (Doc. 32) |
| Defendants. | |

Plaintiff Gilbert Colon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 22, 2009, the Court directed the United States Marshal to effect service of the summons and complaint on Defendant Dr. Greenbough. After mailing a service of summons to Defendant Dr. Greenbough on January 19, 2010, which was not returned, the Marshal effected personal service on Dr. Greenbough on January 27, 2010. More than twenty days have passed since Defendant Dr. Greenbough was personally served, and Defendant Dr. Greenbough has filed neither an answer, nor a Rule 12 motion.

Accordingly, it is HEREBY ORDERED that, within thirty (30) days from the date of service of this order, Defendant Dr. Greenbough shall show cause, in writing, why default should not be entered against him.

IT IS SO ORDERED.

Dated:   **March 16, 2010**            **/s/ Gary S. Austin**

1

UNITED STATES MAGISTRATE JUDGE