# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT COLON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. ST. CLAIR, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:07-cv-00932-AWI-GSA PC<br><br>ORDER FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT DR. GREENBOUGH |

　　　Plaintiff Gilbert Colon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On March 17, 2010, the court issued an order for defendant Dr. Greenbough to show cause within thirty days why default should not be entered against him for his failure to file an answer or a Rule 12 motion within twenty days after being personally served.  (Doc. 36.)  The thirty-day period has expired, and defendant Dr. Greenbough has not filed an answer, filed a Rule 12 motion, or otherwise responded to the court's order.  Therefore, the court finds that default should be entered against this defendant.

　　　Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court shall enter default against defendant Dr. Greenbough in this action.

　　　IT IS SO ORDERED.

　　　Dated:　　May 13, 2010　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE