1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9              EASTERN DISTRICT OF CALIFORNIA
10
11   GILBERT F. COLON,                    1:07-cv-00932-AWI-GSA-PC

12                  Plaintiff,            ORDER DENYING MOTION FOR
                                         COURT ASSISTANCE TO
13        v.                             DISCOVER INFORMATION
                                         (Doc. 57.)
14   DR. ST. CLAIR, et al.,
                                         ORDER EXTENDING TIME FOR
15                                       PLAINTIFF TO RENEW MOTION
                  Defendants.            FOR SUBSTITUTION
16
                                         THIRTY DAY DEADLINE
17
18   _____/

19        Gilbert F. Colon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

20   in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint commencing

21   this action on June 28, 2007. (Doc. 1.)  This action now proceeds on Plaintiff's Amended

22   Complaint filed on June 5, 2008, against defendants Sydenstricker, Greenough,[1] Peterson,

23   Thomatos, and Witwer, for inadequate medical care in violation of the Eighth Amendment.[2]

24   (Doc. 13.)

25

26        _____

27        [1]Plaintiff named defendant Dr. Greenbough in the complaint.  (Doc. 13.)  Corcoran State Prison, where
     defendant Greenough was employed, refers to him as Dr. William Greenough .  (Doc. 41 at 3.)  The Court uses the
     spelling Greenough herein to identify this defendant.

28        [2]All other claims and defendants were dismissed from this action by the Court on May 27, 2009.  (Doc. 16.)

                                         1

On November 22, 2010, Plaintiff filed a motion for the Court to assist him in identifying and obtaining addresses for the successors or representatives of Dr. Greenough, or their attorneys, to enable Plaintiff to serve a motion for substitution under Rule 25(a)(1).  (Doc. 57.) As Plaintiff was informed in the Court's order issued on November 8, 2010, it is Plaintiff's responsibility to identify and locate Dr. Greenough's heirs or representatives and serve them with a copy of the motion for substitution, pursuant to Rule 25(a)(1).  Therefore, Plaintiff's motion is denied.  Plaintiff shall be granted additional time in which to renew his motion for substitution.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for Court assistance in identifying and locating defendant Greenough's heirs or representatives is DENIED;

2. Plaintiff is granted thirty days from the date of service of this order in which to renew his motion for substitution under  Rule 25(a)(1), pursuant to the Court's order of November 8, 2010; and

3. Plaintiff's failure to file a motion for substitution shall result in the dismissal of defendant Greenough from this action.


IT IS SO ORDERED.

Dated:    November 23, 2010                          /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE

2