IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT F. COLON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DR. ST. CLAIR, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:07-cv-00932 AWI GSA (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(Motion#78)<br><br>30-DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On October 11, 2011, Plaintiff filed a motion to extend time to file an opposition to Defendants' Motion for Summary Judgment.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file an opposition to the Motion for Summary Judgment filed by Defendants on September 15, 2011.

　　　　IT IS SO ORDERED.

　Dated: 　**October 20, 2011**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE